UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80148-CIV-MIDDLEBROOKS/BRANNON

SARAH WONDERS,

    Plaintiff,

vs.

UNITED TAX GROUP, LLC,

    Defendant.
_____/

## FINAL JUDGMENT

THIS CAUSE comes before the Court upon the jury verdict (DE 62), dated November 14, 2013, wherein the jury found in favor of Plaintiff Sarah Wonders ("Wonders") and against Defendant United Tax Group, LLC ("United Tax") for Ms. Wonders's claims of hostile work environment sexual harassment under Title VII and the Florida Civil Rights Act, and awarded Ms. Wonders twenty thousand dollars ($20,000.00) in compensatory damages and fifty thousand dollars ($50,000.00) in punitive damages against United Tax. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is **ENTERED** in favor of Plaintiff Wonders and against Defendant United Tax Group, LLC, in the amount of **seventy thousand dollars ($70,000.00).** The Court shall retain jurisdiction to enforce this Order and to enter any further orders or issue any further rulings that are necessary to resolve this matter.

Further, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this __18__ day of November, 2013.

                                                  DONALD M. MIDDLEBROOKS
                                                UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record